UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ROBERT EUGENE ALLEN**                     **CIVIL ACTION NO. 11-0183**

                                                         **SECTION P**

**VS.**                                             **JUDGE TUCKER L. MELANÇON**

**HAYWOOD INVESTIGATIONS, ET AL.**       **MAGISTRATE JUDGE HILL**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record; it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted, pursuant to the provisions of 28 U.S.C. § 1915.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 9th day of May, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE